IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

UNITED STATES OF AMERICA

v.

LOVICK HALDON STIKELEATHER (01)

No. 7:21-cr-24-O

INFORMATION

The United States Attorney Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on date unknown and continuing until in and around June 30, 2021, in the Wichita Falls Division of the Northern District of Texas, the defendant, **Lovick Haldon Stikeleather**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance.

Information - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(l) and (b)(l)(B)).

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455