IN THE UNITED STATES DISTRICT COURT 2021 AUG 13 AM 10: 07
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION          DEPUTY CLERK _____

UNITED STATES OF AMERICA

v.                                      No. **7 - 2 1 C R - 0 2 4 - 0**

LOVICK STIKELEATHER (01)

## FACTUAL RESUME

INFORMATION:

Count One:  Conspiracy to Possess with Intent to Distribute a
Controlled Substance (methamphetamine) (in violation of
21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY:  $5,000,000 fine - not less than 5 years imprisonment and not more than 40
years imprisonment, or both such fine and imprisonment, plus a term of
supervised release of not less than 4 years.

MAXIMUM PENALTY:

$5,000,000 fine and not less than five (5) years nor more than forty (40)
years imprisonment, plus a term of supervised release of not less than 4
years.  If the defendant violates any condition of supervised release, the
Court may revoke such term of supervised release and require the defendant
to serve an additional period of confinement.  Further the Court must
impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to
establish the offenses charged in Count One of the Information are as follows:

First:          That two or more persons, directly or indirectly, reached an agreement to
distribute or possess with intent to distribute a controlled substance, as
charged in the information;

Second:      That the defendant knew of the unlawful purpose of the agreement;

Third:         That the defendant joined in the agreement willfully, that is, with the intent
to further its unlawful purpose;

**Factual Resume - Page 1**

Fourth: That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and

Fifth: That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Beginning on a date unknown and continuing until in or about June, 2021, LOVICK STIKELEATHER has been receiving more than 50 grams of methamphetamine from at least one Mexican based source. In turn, STIKELEATHER with other co-conspirators would deliver the methamphetamine to various customers in the Wichita Falls area of the Northern District of Texas.

STIKELEATHER stipulates to the facts above, and that he conspired to possess with intent to distribute at least 50 grams of methamphetamine.

SIGNED this 13th day of August, 2021.

_____  
LOVICK STIKELEATHER  
Defendant

_____  
SEAN COLSTON  
Counsel for Defendant

**Factual Resume - Page 2**